UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
Paul J. Scariano, Inc.,

                     Plaintiff(s),

            -against –

TCP-Security Solutions, Inc.,

                     Defendant(s).
-------------------------------------------------------------X

**O R D E R**

7:20-CV-08878(CS)

Seibel, J.

      It having been reported to this Court that the claims in this case have been settled, IT IS

HEREBY ORDERED that this action is discontinued with prejudice but without costs; provided,

however, that if settlement is not consummated within thirty days of the date of this order,

Plaintiff may apply by letter within the thirty-day period for restoration of the action to the

Calendar of the undersigned, in which event the action will be restored.

      **SO ORDERED**.

Dated: March 19, 2021

      White Plains, New York

_____

CATHY SEIBEL, U.S.D.J.